No. 17,456.

ABE BELSTOCK, ET AL. *v*. HOUSING AUTHORITY OF THE
CITY AND COUNTY OF DENVER.
(286 P. [2d] 635)

Decided August 8, 1955.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for
plaintiffs in error.

Messrs. DONALDSON, HOFFMAN & GOLDSTEIN, for de-
fendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.